**DISMISS and Opinion Filed May 4, 2022**



In The

**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00222-CV**

**BRADEN POWER, INDIVIDUALLY AND AS**
**TRUSTEE OF BRP5X5 TRUST, Appellant**
**V.**

**CRAIG POWER, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-00695**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Garcia
Opinion by Justice Reichek

Before the Court is appellant's motion to dismiss the appeal as he no longer

wishes to prosecute same. We grant the motion and dismiss the appeal. *See* TEX.

R. APP. P. 42.1(a)(1).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

220222F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BRADEN POWER,
INDIVIDUALLY AND AS
TRUSTEE OF BRP5X5 TRUST,
Appellant

No. 05-22-00222-CV      V.

CRAIG POWER, Appellee

On Appeal from the 134th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-19-00695.
Opinion delivered by Justice
Reichek. Justices Molberg and
Garcia participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee CRAIG POWER recover his costs of this appeal from appellant BRADEN POWER, INDIVIDUALLY AND AS TRUSTEE OF BRP5X5 TRUST.

Judgment entered May 4, 2022